**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01053-CV

## BRITTANY D. SANDOVAL AND CLARI WILLIAMS, Appellant

### V.

## EMCASCO INSURANCE COMPANY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04443**

## ORDER

We **GRANT** Brittany D. Sandoval's motion to file late brief and **ORDER** the jurisdictional letter brief be filed no later than November 4, 2016.

/s/      CRAIG STODDART
           JUSTICE